HARRY J. FITZGERALD, Respondent, v. WALTER C. KELLY, Appellant.

Appeal from an order of the Appellate Term, entered in the New York county clerk's office on the 6th day of May, 1915, affirming an order of the City Court holding the defendant in contempt of court, and affirming an order of said court denying a motion to vacate a judgment.

PER CURIAM: The determination appealed from is modified by directing that the order holding defendant in contempt be modified by reducing the amount of the fine imposed upon the defendant to the sum of $647.32, made up of the judgment ($599.34), with $17.98, interest thereon, and $30, costs of the proceedings. As so modified the determination of the Appellate Term is affirmed, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Ingraham, P. J., and Scott, J., dissented and voted to reduce the fine to the sum of $250. Determination modified as directed in opinion, and as modified affirmed, without costs.